# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

    Plaintiff,

        vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

    Defendants.

      TO: (Name Address of Defendant)

        MENU FOODS INCOME FUND
        8 Falconer Drive
        Mississauga, ON L5N 1B1
        Canada

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

        Joseph J. DePalma
        Lite DePalma Greenberg & Rivas, LLC
        Two Gateway Center, 12th Floor
        Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                           DATE


_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[4] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____    _____
            Date              Signature if Server

_____
Address of Server

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

    Plaintiff,

      vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

    Defendants.

TO: (Name Address of Defendant)

    MENU FOODS INC.
    9130 Griffith Morgan Lane
    Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                          DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[2] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____    _____
             Date                         *Signature if Server*

_____
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

    Plaintiff,

      vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

    Defendants.

      TO: (Name Address of Defendant)

        MENU FOODS HOLDINGS, INC.
        8 Falconer Drive
        Mississauga, ON L5N 1B1
        Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

      Joseph J. DePalma
      Lite DePalma Greenberg & Rivas, LLC
      Two Gateway Center, 12th Floor
      Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____        _____
CLERK                                                      DATE

_____
BY DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[6] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____    _____
              *Date*                  *Signature if Server*

                              _____
              *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

    Plaintiff,

      vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

    Defendants.

    TO: (Name Address of Defendant)

      MENU FOODS MIDWEST CORPORATION
      1400 E Logan Ave
      Emporia, KS , 66801-6822

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____      _____
CLERK                                                    DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me[3] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____    _____
                    *Date*                                *Signature if Server*

_____
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

**_DOCUMENT ELECTRONICALLY FILED_**

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

    Plaintiff,

       vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

    Defendants.

    TO: (Name Address of Defendant)

Xuzhou Anying Biologic Technology Development Company Ltd.
Wangdigan Indutrial Zone
Peixian, CN-32
China 221623

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  _____
CLERK                                                                  DATE


_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____
☐ Returned executed: _____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____     _____
              *Date*                         *Signature if Server*


                                          _____
                                          *Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

    Plaintiff,

    VS.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

    Defendants.

TO: (Name Address of Defendant)

Suzhou Textile Import and Export Company
Zhuttui Road 121#
Cang Lang District
Suzhou, Jiangsu
China 215006

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                                DATE

_____
BY DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[5] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____ _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United State of America that the foregoing information
contained in the Return of Service and Statement Fees is true and correct.

Executed on _____   _____
                   *Date*                             *Signature if Server*


                                        _____
                                                   *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

_____