# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

     Plaintiff,

       vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

     Defendants.

       TO: (Name Address of Defendant)

         MENU FOODS INCOME FUND
         8 Falconer Drive
         Mississauga, ON L5N 1B1
         Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

       Joseph J. DePalma
       Lite DePalma Greenberg & Rivas, LLC
       Two Gateway Center, 12th Floor
       Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20_ days after service of this summons
on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**_____     4-3-07_____
CLERK                          DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

<table>
<tr><td colspan="2"><strong>RETURN OF SERVICE</strong></td></tr>
<tr><td>Service of the Summons and Complaint was made by me⁴</td><td>DATE</td></tr>
<tr><td>NAME OF SERVER (PRINT)</td><td>TITLE</td></tr>
</table>

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____   _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____
   _____

☐ Other (specify): _____
   _____
   _____

<table>
<tr><td colspan="3"><strong>STATEMENT OF SERVICE FEES</strong></td></tr>
<tr><td>TRAVEL</td><td>SERVICES</td><td>TOTAL</td></tr>
</table>

<table>
<tr><td><strong>DECLARATION OF SERVER</strong></td></tr>
</table>

I declare under penalty of perjury under the laws of the United State of America that the foregoing information
contained in the Return of Service and Statement Fees is true and correct.

Executed on _____   _____
                    *Date*                        *Signature if Server*


                    _____
              *Address of Server*

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

     Plaintiff,

       vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

     Defendants.

TO: (Name Address of Defendant)

MENU FOODS INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph J. DePalma
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                 4-3-07
CLERK

BY DEPUTY CLERK                 DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[2] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:_____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information
contained in the Return of Service and Statement Fees is true and correct.

Executed on _____          _____
                  *Date*                       *Signature if Server*

                                   _____
                                      *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

Case 1:07-cv-01456-NLH-AMD    Document 3-2    Filed 04/03/2007    Page 5 of 12

# United States District Court

DISTRICT OF NEW JERSEY

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

    Plaintiff,

    vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

    Defendants.

TO: (Name Address of Defendant)

    MENU FOODS HOLDINGS, INC.
    8 Falconer Drive
    Mississauga, ON L5N 1B1
    Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

4-3-07

DATE

BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[4] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____    _____
          *Date*              *Signature of Server*

_____
          *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

Case 1:07-cv-01456-NLH-AMD    Document 3-2    Filed 04/03/2007    Page 7 of 12

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

     Plaintiff,

       vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

     Defendants.

      TO: (Name Address of Defendant)


       MENU FOODS MIDWEST CORPORATION
       1400 E Logan Ave
       Emporia, KS , 66801-6822


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

       Joseph J. DePalma
       Lite DePalma Greenberg & Rivas, LLC
       Two Gateway Center, 12th Floor
       Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons
on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**
_____
CLERK

_____
BY DEPUTY CLERK

4-3-07
_____
DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

Case 1:07-cv-01456-NLH-AMD    Document 3-2    Filed 04/03/2007    Page 8 of 12

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____
   _____

☐ Other (specify): _____
   _____
   _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____       _____
                  *Date*                              *Signature if Server*


                                    _____
          *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# *United States District Court*

_____DISTRICT OF NEW JERSEY_____

*DOCUMENT ELECTRONICALLY FILED*

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

      Plaintiff,

        vs.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

      Defendants.

        TO: (Name Address of Defendant)

Xuzhou Anying Biologic Technology Development Company Ltd.
Wangdigan Indutrial Zone
Peixian, CN-32
China 221623

       YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

      Joseph J. DePalma
      Lite DePalma Greenberg & Rivas, LLC
      Two Gateway Center, 12th Floor
      Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of
this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time
after service.

**WILLIAM T. WALSH**

CLERK

4-3-07

DATE

BY DEPUTY CLERK

Case 1:07-cv-01456-NLH-AMD    Document 3-2    Filed 04/03/2007    Page 10 of 12

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United State of America that the foregoing information
contained in the Return of Service and Statement Fees is true and correct.

Executed on _____        _____
            *Date*        *Signature if Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

LARRY WILSON, on behalf of himself
and all others similarly situated,

    Plaintiff,

      VS.

MENU FOODS INCOME FUND, MENU
FOODS, INC., a New Jersey corporation, MENU
FOODS HOLDINGS, INC., and MENU FOODS MIDWEST
CORPORATION, a Delaware corporation, XUZHOU
ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT
COMPANY LTD., SUZHOU TEXTILE IMPORT AND
EXPORT COMPANY,

    Defendants.

      TO: (Name Address of Defendant)

Suzhou Textile Import and Export Company
Zhuttui Road 121#
Cang Lang District
Suzhou, Jiangsu
China 215006

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

4-3-07

DATE

BY DEPUTY CLERK

Case 1:07-cv-01456-NLH-AMD     Document 3-2     Filed 04/03/2007     Page 12 of 12

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____     _____
         *Date*            *Signature if Server*


_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.