Gerard H. Hanson, Esquire
Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Income Fund, Menu Foods, Inc.,
Menu Foods Holdings, Inc. and
Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARRY WILSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation, XUZHOU ANYING BIOLOGIC TECHNOLOGY DEVELOPMENT COMPANY LTD., SUZHOU TEXTILE IMPORT AND EXPORT COMPANY,<br><br>Defendants | Civil Action No.: 07-cv- 01456 (NLH) (AMD)<br><br>NOTICE OF APPEARANCE |

Hill Wallack LLP hereby enters its appearance as counsel for the defendants, Menu

Foods, Inc., in the above-captioned matter, which has been stayed per the Order of Judge Noel L.

{F:\wdox\docs\014210\00001\01571925.DOC; 1}

Hillman dated May 2, 2007.

>HILL WALLACK LLP
>Attorneys for Defendants
>
>BY: *Gerard H Hanson*
>Gerard H. Hanson
>ghh@hillwallack.com

Dated: May   , 2007