**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone:  973-623-3000
Facsimile:  973-623-0858

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| LARRY WILSON, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff,  )<br>v.                 )<br>)<br>MENU FOODS INCOME FUND, MENU )<br>FOODS, INC., a New Jersey corporation, )<br>MENU FOODS HOLDINGS, INC., and )<br>MENU FOODS MIDWEST )<br>CORPORATION, a Delaware corporation )<br>)<br>Defendants.   )<br>) | Civil Action No. 07-1456(NLH)<br><br>**NOTICE OF MOTION TO ADMIT MARK J. TAMBLYN AND STUART C. TALLEY TO APPEAR AND PARTICIPATE** *PRO HAC VICE* |

PLEASE TAKE NOTICE that on June 15, 2007, or as soon thereafter as counsel may be heard, Plaintiff will move before the United States District Court for the District of New Jersey, 1 John F. Gerry Plaza, Camden, New Jersey for an order, pursuant to Local Civil Rule 101.1(c), admitting Mark J. Tamblyn and Stuart C. Talley to appear and participate in this matter *pro hac vice*.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the certifications of Joseph J. DePalma, Mark J. Tamblyn and Stuart C. Talley in support of this application.

143561 v1

- 1 -

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

DATED:  May 21, 2007      **LITE DePALMA GREENBERG & RIVAS, LLC**

By:  /s/  Joseph J. DePalma
    Two Gateway Center, 12th Floor
    Newark, NJ  07102-5003
    Telephone:  973-623-3000
    Facsimile:  973-968-3845


**WEXLER TORISEVA WALLACE LLP**
Mark J. Tamblyn, Esq.
1610 Arden Way, Suite 290
Sacrameto, CA 95815
Phone:  916-568-1100
Facsimile: 916-568-7890


**KERSHAW, CUTTER, & RATINOFF, LLP**
Stuart C. Talley
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile:  (916)669-4499


Attorneys for Plaintiff