**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: 973-623-3000
Facsimile: 973-968-3845

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| LARRY WILSON, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation )<br><br>Defendants. ) | Civil Action No. 07-1456(NLH)<br><br><br>**CERTIFICATE OF SERVICE** |

Amina B. Lee, of full age, hereby certifies as follows:

    1.    I am employed by the firm of Lite DePalma Greenberg & Rivas, LLC as a legal secretary.

    2.    On May 21, 2007, the following documents were electronically filed and served via the Court's CM/ECF system upon all registered users:

    A.    Notice of Motion to Admit Mark J. Tamblyn and Stuart C. Talley to Appear and Participate *Pro Hac Vice*;
    B.    Statement as to Why No Brief is Necessary;
    C.    Certification of Joseph J. DePalma;
    D.    Certification of Mark J. Tamblyn;
    E.    Certification of Stuart C. Talley;
    F.    Proposed Order; and

143685 v1

- 1 -

Dockets.Justia.com

G.    Certificate of Service.

3.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
Amina B. Lee

DATED: May 21, 2007