**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: 973-623-3000
Facsimile: 973-968-3845

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| LARRY WILSON, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1456(NLH)<br><br>**NOTICE OF MOTION TO ADMIT KENNETH A. WEXLER TO APPEAR AND PARTICIPATE *PRO HAC VICE*** |

      PLEASE TAKE NOTICE that on June 15, 2007, or as soon thereafter as counsel may be heard, Plaintiff will move before the Honorable Noel L. Hillman at the United States District Court for the District of New Jersey, 1 John F. Gerry Plaza, Camden, New Jersey for an order, pursuant to Local Civil Rule 101.1(c), admitting Kenneth A. Wexler to appear and participate in this matter *pro hac vice*.

      PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the certifications of Joseph J. DePalma and Kenneth A. Wexler in support of this application.

143756 v1

- 1 -

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless the matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

DATED:  May 22, 2007        **LITE DEPALMA GREENBERG & RIVAS, LLC**

                                By: /s/ Joseph J. DePalma
                                     Two Gateway Center, 12th Floor
                                     Newark, NJ  07102-5003
                                     Telephone:  973-623-3000
                                     Facsimile:  973-968-3845

**WEXLER TORISEVA WALLACE LLP**
Mark J. Tamblyn, Esq.
1610 Arden Way, Suite 290
Sacrameto, CA 95815
Telephone:  916-568-1100
Facsimile: 916-568-7890

**WEXLER TORISEVA WALLACE LLP**
Kenneth A. Wexler
One North LaSalle, Suite 2000
Chicago, Illinois 60602
Telephone: 312-346-2222
Facsimile: 312-346-0022

**KERSHAW, CUTTER, & RATINOFF, LLP**
Stuart C. Talley
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: 916-448-9800
Facsimile:  916-669-4499

Attorneys for Plaintiff

143756 v1                    - 2 -