**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone:  973-623-3000
Facsimile:  973-968-3845

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| LARRY WILSON, on behalf of himself and all others similarly situated, ) ) ) | Civil Action No. 07-1456(NLH) |
| Plaintiff, ) ) | |
| v. ) | |
| ) | **STATEMENT AS TO WHY NO BRIEF IS NECESSARY** |
| MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

The undersigned, liaison counsel for plaintiff, respectfully submits pursuant to L. Civ. R. 7.1(d)(1) that no brief is necessary in connection with the motion for an order permitting Kenneth A. Wexler to appear *pro hac vice* in this matter, because such motion is addressed to the discretion of the district judge and does not raise an issue of law.

143762 v1

- 1 -

Dockets.Justia.com

- 2 -

DATED:  May 22, 2007 **LITE DEPALMA GREENBERG & RIVAS, LLC**

By: /s/  Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone:  973-623-3000
Facsimile:  973-968-3845

Attorneys for Plaintiff

143762 v1                                  - 2 -