**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ  07102-5003
Telephone:  973-623-3000
Facsimile:  973-968-3845

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| LARRY WILSON, on behalf of himself and all others similarly situated, | Civil Action No. 07-1456 (NLH) |
| Plaintiff, | |
| v. | **CERTIFICATION OF JOSEPH J. DePALMA IN SUPPORT OF MOTION TO ADMIT KENNETH A. WEXLER TO APPEAR AND PARTICIPATE** *PRO HAC VICE* |
| MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation | |
| Defendants. | |

Joseph J. DePalma hereby certifies and says:

    1.    I am an attorney at law of the State of New Jersey, and a member of the law firm Lite DePalma Greenberg & Rivas, LLC, located at Two Gateway Center, 12th Floor, Newark, New Jersey 07102, counsel for Plaintiff in this matter.  As such, I have personal knowledge of the facts herein.

    2.    I have been asked by the law firms of Wexler Toriseva Wallace, LLP and Kershaw, Cutter & Ratinoff, LLP to participate with them as co-counsel in connection with the above-captioned matter on behalf of Plaintiff.

    3.    I make this certification in support of an application to admit Kenneth A. Wexler *pro hac vice* as attorney for Plaintiff before this Court.

143759 v1

- 1 -

Dockets.Justia.com

4. Kenneth A. Wexler is managing partner with the firm Wexler Toriseva Wallace, LLP located at One North LaSalle, Suite 2000, Chicago, Illinois 60602. Mr. Wexler has advised me that he is a member in good standing of the Bar of the State of Illinois and is admitted to practice in the courts of the Northern and Southern Districts of Illinois and in the United States Court of Appeals for the Third, Sixth and Seventh Circuits. Mr. Wexler has further advised me that he has never been disbarred or suspended.

5. I understand and have informed Mr. Wexler that, in the event that the court grants this application, all notices, orders and pleadings shall be served upon me as liaison counsel, and I shall promptly notify counsel of their receipt, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

6. There is good cause for the *pro hac vice* admission of Mr. Wexler as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by him acting as attorney for Plaintiff in this matter.

7. I was admitted to the bar of the State of New Jersey in 1982. I am a member of the Bars of the State of New Jersey; U.S. District Court, District of New Jersey; U.S. Court of Appeals, Third Circuit and the United States Supreme Court.

8. I am not under suspension or disbarment of any court.

9. Accordingly, I respectfully request that this Court enter the proposed Order admitting Kenneth A. Wexler to appear *pro hac vice* in this action.

10. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

- 3 -

Dated: May 22, 2007

/s/  Joseph J. DePalma
Joseph J. DePalma
