**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: 973-623-3000
Facsimile: 973-968-3845

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| LARRY WILSON, on behalf of himself and all others similarly situated, | Civil Action No. 07-1456(NLH) |
| Plaintiff, | |
| v. | |
| | **CERTIFICATE OF SERVICE** |
| MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation | |
| Defendants. | |

Amina B. Lee, of full age, hereby certifies as follows:

1. I am employed by the firm of Lite DePalma Greenberg & Rivas, LLC as a legal secretary.

2. On May 22, 2007, the following documents were electronically filed and served via the Court's CM/ECF system upon all registered users:

> A. Notice of Motion to Admit Kenneth A. Wexler to Appear and Participate *Pro Hac Vice*;
> B. Statement as to Why No Brief is Necessary;
> C. Certification of Joseph J. DePalma;
> D. Certification of Kenneth A. Wexler;
> E. Proposed Order; and
> F. Certificate of Service.

143764 v1

- 1 -

- 2 -

3.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

*Amina B. Lee*
Amina B. Lee

DATED: May 22, 2007