WILSON v. MENU FOODS INCOME FUND et al | Doc. 11
Case 1:07-cv-01456-NLH-AMD   Document 11   Filed 05/23/2007   Page 1 of 2
Case 1:07-cv-01456-NLH-AMD   Document 9-5   Filed 05/22/2007   Page 1 of 2

**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: 973-623-3000
Facsimile: 973-968-3845

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| LARRY WILSON, on behalf of himself and all others similarly situated, | Civil Action No. 07-1456(NLH) |
| Plaintiff, | |
| v. | **ORDER ADMITTING KENNETH A. WEXLER TO APPEAR AND PARTICIPATE *PRO HAC VICE*** |
| MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware corporation | |
| Defendants. | |

This matter having been presented to the Court by Lite DePalma Greenberg & Rivas, LLC, counsel for Plaintiff, for an Order allowing the appearance *pro hac vice* of Kenneth A. Wexler for all purposes in the above captioned matter, and the Court having reviewed the Certifications of Joseph J. DePalma and Kenneth A. Wexler, and it appearing that Mr. Wexler is a partner with the firm of Wexler Toriseva Wallace, LLP, and that Lite DePalma Greenberg & Rivas, LLC having agreed to act as local counsel; and for good cause having been shown;

**IT IS** on this _____ day of June, 2007

**ORDERED**, that Kenneth A. Wexler is hereby admitted *pro hac vice* for all purposes of representing Plaintiff in the above entitled action, and it is

143760 v1
- 1 -

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) Kenneth A. Wexler shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if he has not already made a contribution, and it is

**FURTHER ORDERED** that pursuant to L. Civ. R. 101.1(c) (3), Kenneth A. Wexler shall make a payment of $150.00, payable to the Clerk, United States District Court; and it is

**FURTHER ORDERED** that Kenneth A. Wexler shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Rule 104.1, <u>Discipline of Attorneys</u>; it is

**FURTHER ORDERED** that pursuant to L. Civ. R. 101.1(c), Kenneth A. Wexler shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended; and it is

*/s/ Noel L. Hillman*
Hon. Noel L. Hillman, U.S.D.J.

At Camden, New Jersey

143760 v1

- 2 -