**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: (973) 623-3000
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DOCUMENT ELECTRONICALLY FILED: | | |
| LARRY WILSON, on behalf of himself and all others similarly situated, | : | Civil Action No. 07-1456(NLH) |
| | : | |
| Plaintiff, | : | |
| | : | |
| MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., and MENU FOODS MIDWEST CORPORATION, a Delaware Corporation, | : | |
| | : | |
| Defendants: | : | |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Joseph J. DePalma
Joseph J. DePalma

PRO HAC VICE ATTORNEY INFORMATION:

Name:        Stuart C. Talley

Address:     KERSHAW, CUTTER & RATINOFF, LLP
             980 9TH Street, 19th Floor
             Sacramento, California 98514

E-Mail:      stalley@kcrlegal.com