**LITE DePALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: (973) 623-3000
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____
DOCUMENT ELECTRONICALLY FILED:
LARRY WILSON, on behalf of himself       :      Civil Action No. 07-1456(NLH)
and all others similarly situated,       :
                                         :
         Plaintiff,                      :
                                         :
MENU FOODS INCOME FUND, MENU             :
FOODS, INC., a New Jersey corporation,   :
MENU FOODS HOLDINGS, INC., and           :
MENU FOODS MIDWEST                       :
CORPORATION, a Delaware Corporation,     :
                                         :
         Defendants:                     :
_____ :

**REQUEST BY LOCAL COUNSEL FOR**
**PRO HAC VICE ATTORNEY**
**TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Joseph J. DePalma
Joseph J. DePalma

PRO HAC VICE ATTORNEY INFORMATION:

Name:       Mark J. Tamblyn

Address:    WEXLER TORISEVA WALLACE, LLP
            1610 Arden Way, Suite 290
            Sacramento, CA 95815

E-Mail:     mjt@wtwlaw.us